# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Luzerne and Susquehanna Railway     :
Company     :
    :
              v.     :
Luzerne County Redevelopment     :
Authority, Reading Blue Mountain and     :
Northern Railroad Company     :
    :
Appeal of: R. J. Corman Railroad     :
Company/Luzerne and Susquehanna     :
Line, LLC, the successor of the     :
Petitioner, Luzerne and Susquehanna     :
Railway Company     :     No. 833 C.D. 2022

**PER CURIAM**            **O R D E R**

NOW, May 23, 2024, having considered Appellants' application for reargument, the application is DENIED.